# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **SUSAN A. JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **IRWIN COUNTY DETENTION CENTER, LLC**, <br><br> Defendant. | Civil Action No. 7:12-CV-20 (HL) |

## ORDER

This case is before the Court on the parties' Consent Motion for Extension of Discovery (Doc. 16). The Court grants the motion and sets the following deadlines to govern this case:

1. The time for discovery in this case shall expire on December 31, 2012.

No discovery request may be served unless the response to the request can be completed within the time specified by the rules and within the discovery period. Except by written consent of the parties first filed with the Court, no deposition shall be scheduled beyond the discovery period.

2. All motions to join parties or to otherwise amend the pleadings shall be filed on or before December 3, 2012.

3. All dispositive motions shall be filed on or before February 14, 2013.

4. All Daubert motions shall be filed on or before January 30, 2013.

All other provisions contained in the Amended Scheduling and Discovery Order entered on May 8, 2012 remain in effect.

**SO ORDERED**, this 12th day of September, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh