IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SUSAN A. JOHNSON ,                              *

             Plaintiff,                      *

v.                                                              Case No.7:12-cv-20(HL)

                                         *

IRWIN COUNTY DETENTION CENTER,
LLC,                                                       *

             Defendant.                   *

_____

# **J U D G M E N T**

Pursuant to this Court's Order dated June 25, 2013, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of

Defendant. Defendant shall also recover costs of this action.

This 25th day of June, 2013.

                                       Gregory J. Leonard, Clerk

                                       s/ Robin L. Walsh, Deputy Clerk